# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN WALL, on behalf of minor J.I.W, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-0752- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 14) |

On January 10, 2017, the parties filed a stipulation for an extension of time for Plaintiff to prepare and serve his confidential letter brief. (Doc. 14)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by either party.  Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** serve the confidential letter brief on or before **February 14, 2017**.

IT IS SO ORDERED.

Dated:   **January 12, 2017**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE