# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN WALL, on behalf of minor J.I.W., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-0752- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME AND DIRECTING PLAINTIFF TO FILE AN OPENING BRIEF NO LATER THAN MAY 15, 2017 |

On April 24, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute the action and failure to comply with the Court's scheduling order requiring the filing of an opening brief. (Doc. 19)

On May 8, 2017, Plaintiff filed a response to the Court's order, requesting that sanctions not be imposed for the failures. (Doc. 20) Plaintiff's counsel, Melissa Newel, reports that there was "a serious illness" in her family, which resulted in a "significant time away from the office." (*Id.* at 4, Newel Decl. ¶ 2) She asserts that, as a result, she "inadvertently failed to file the Opening Brief in this matter." (*Id.*) As a result, Plaintiff requests that she be permitted to file the opening brief within seven days of the date of her filing the response, or no later than May 15, 2017. (*Id.* at 3)

Based upon the information provided, it appears that, Plaintiff intends to proceed with this

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1

action for judicial review of the administrative decision denying her application for benefits. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time to file an opening brief is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief no later than **May 15, 2017**;
3. Upon the timely filing of the opening brief, the Court will discharge the Order to Show Cause dated April 24, 2017; and
4. **Plaintiff is advised that failure to comply with the deadline as ordered by the Court will result in a finding that Plaintiff has abandoned the action, and the matter will be dismissed for failure to prosecute**.

IT IS SO ORDERED.

Dated: **May 10, 2017**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE