# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN WALL, on behalf of minor J.I.W., | Case No.: 1:16-cv-0752- JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 24, 2017 |
| v. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute the action and failure to comply with the scheduling order. (Doc. 19) Plaintiff filed a timely response and requested an extension of time to file an opening brief, which was granted. (Docs. 20, 21) On May 15, 2017, Plaintiff filed her opening brief in the action, in compliance with the extended deadline. (Doc. 22) Accordingly, the Court **ORDERS** that the Order to Show Cause dated April 24, 2017 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **May 17, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.